1  Sharonrose Cannistraci, (#121827)
   CANNISTRACI LAW FIRM
2  99 Almaden Blvd., Suite 925
   San Jose, CA 95113
3  Phone: 408.297.5400
   Fax: 408.297.5407
4
   Attorneys for Plaintiff
5
   Cole B. Ramey (pro hac vice) (Texas SBN#16494980)
6  CROUCH & RAMEY
   1445 Ross Ave Suite 3600
7  Dallas, Texas 75202
   Phone: 214-922-7100
8  Fax: 214-922-7101

9  J. Kevin Snyder (#107509)
   DYKEMA GOSSETT LLP
10 333 South Grand Ave. Suite 2100
   Los Angeles, CA 90071
11 Phone:  213-457-1800
   Fax: 213-457-1850
12
   Attorneys for Defendants
13
                    UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
15

16 STEEL TILE DISTRIBUTING, INC., a       )   Case No.: **C 05-03388 PVT**
   California Corporation;                 )
17                                         )
          Plaintiff,                       )   **STIPULATION AND ORDER FOR**
18 vs.                                     )   **DISMISSAL OF ACTION**
                                           )
19 GERARD ROOFING TECHNOLOGIES,            )   Courtroom:  5
   INC., a California corporation, METALS  )   Judge:  Honorable Patricia V. Trumbull
20 USA, INC., a Delaware corporation, METALS )
   USA BUILDING PRODUCTS, L.P., a Texas    )
21 limited partnership, GERARD ROOFING     )
   TECHNOLOGIES, INC., an unknown          )
22 business entity, GERARD, an unknown     )
   business entity, and DOES 1 to 50,      )
23                                         )
          Defendants,                      )
24 _____)

25

Stipulation and Order of Dismissal                    1

CANNISTRACI LAW FIRM
99 Almaden Blvd ● Suite 925 ● San Jose, CA 95113
Phone: 408.297.5400 ● Fax: 408.297.5407

1    IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil

2  Procedure, Rule 41(a)(1), by and between plaintiff and cross-defendant STEEL TILE

3  DISTRIBUTING INC., through its attorney of record SHARONROSE CANNISTRACI, and

4  METALS USA, INC. and all defendants and cross-complainants who have appeared in this action,

5  through their counsel, COLE RAMEY and J. KEVIN SNYDER, as follows:

6    1. This action was commenced in Santa Clara County Superior Court on July 11, 2005.

7    2. This notice of removal to this federal court was filed by Defendants on August 19, 2005.

8    3. The action is not a class action, a receiver has not been appointed, and the action is not

9  governed by any statute of the United States that requires an order of the court for dismissal.

10    4. This action is hereby dismissed, in its entirety, with prejudice, all parties to bear their own

11  costs and attorneys' fees incurred in this action.

12    5. This court is to retain jurisdiction to enforce the settlement agreement entered into by the

13  parties on or about September 14, 2006, the terms of which are incorporated herein by reference as

14  though set forth in full.

15

16                                    CANNISTRACI LAW FIRM

Dated: _____    _____

17                                    SHARONROSE CANNISTRACI, ESQ.
                                      ATTORNEY FOR PLAINTIFF

18                                    DYKEMA GOSSETT LLP

19
Dated: _____    _____

20                                    J. Kevin Snyder, Esq.

21                                    ATTORNEY FOR DEFENDANTS

22                                    CROUCH & RAMEY, LLP

23
Dated: *9/28/06*          _____

24                                    Cole B. Ramey, Esq.
                                      ATTORNEY FOR DEFENDANTS

25

Stipulation and Order of Dismissal                    2

CANNISTRACI LAW FIRM
99 Almaden Blvd • Suite 925 • San Jose, CA 95113
Phone: 408.297.5400 • Fax: 408.297.5407

1  IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil

2  Procedure, Rule 41(a)(1), by and between plaintiff and cross-defendant STEEL TILE

3  DISTRIBUTING INC., through its attorney of record SHARONROSE CANNISTRACI, and

4  METALS USA, INC. and all defendants and cross-complainants who have appeared in this action,

5  through their counsel, COLE RAMEY and J. KEVIN SNYDER, as follows:

6  1. This action was commenced in Santa Clara County Superior Court on July 11, 2005.

7  2. This notice of removal to this federal court was filed by Defendants on August 19, 2005.

8  3. The action is not a class action, a receiver has not been appointed, and the action is not

9  governed by any statute of the United States that requires an order of the court for dismissal.

10  4. This action is hereby dismissed, in its entirety, with prejudice, all parties to bear their own

11  costs and attorneys' fees incurred in this action.

12  5. This court is to retain jurisdiction to enforce the settlement agreement entered into by the

13  parties on or about September 14, 2006, the terms of which are incorporated herein by reference as

14  though set forth in full.

15

16  CANNISTRACI LAW FIRM

Dated: _____

17  _____
SHARONROSE CANNISTRACI, ESQ.
ATTORNEY FOR PLAINTIFF

18

19  DYKEMA GOSSETT LLP
Dated: **9·21·06**

20  _____
J. Kevin Snyder, Esq.

21  ATTORNEY FOR DEFENDANTS

22  CROUCH & RAMEY, LLP

23
Dated: _____

24  _____
Cole B. Ramey, Esq.
ATTORNEY FOR DEFENDANTS

25

Stipulation and Order of Dismissal                    2

1    IT IS SO ORDERED, ADJUDGED AND DECREED.

2               October
     Date: ~~September~~ __16__ , 2006                    *Patricia V. Trumbull*

3                                                         Magistrate Patricia V. Trumbull
                                                                      Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CANNISTRACI LAW FIRM
99 Almaden Blvd • Suite 925 • San Jose, CA 95113
Phone: 408.297.5400 • Fax: 408.297.5407

Stipulation and Order of Dismissal                   3